139230

# UNITED STATES DISTRICT COURT

RECEIVED BY MAIL FEB 27 2002 CLERK US DIST COURT ST. PAUL, MN

## District of Minnesota

Clerk's Office, 700 Federal Building
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

Case Number: 02-357 DSD/JMM Case Title: TEP v. Experian

### Affidavit of Movant

I, Gregory J. Myers, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Amanda DeVincentis, an attorney admitted to practice in the Northern District of Illinois, but not admitted to the bar of this court, who will be counsel for the ( )plaintiff (X)defendant Experian in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

Signature: [signature] MN Attorney License #: 0287398 Date: 2-26-02

### Affidavit of Proposed Admittee

I, Amanda DeVincentis, am currently a member in good standing of the U.S. District Court for the Northern District of Illinois, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Type/Print Name: Amanda DeVincentis Signature: [signature] Date: 2-20-02

Attorney License Number: 6269630

Law Firm Name & Address: Jones, Day, Reavis & Pogue

77 West Wacker, Chicago, IL 60601

Telephone: (312) 782-3939

Motion Granted: [signature] MMC

For the Court: Richard D. Sletten, Clerk

Date: FEB 27 2002

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

(Prohacvice.wpd) (9/01)

FILED FEB 27 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______