UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

TEP SYSTEMS, LLC,

Plaintiff,

v.

EXPERIAN BUSINESS INFORMATION,
SOLUTIONS, INC.,

Defendants.

No. 02-CV-357 DSD/JMM

**ORDER FOR DISMISSAL WITH PREJUDICE**

Pursuant to the attached Stipulation of Dismissal with Prejudice executed by counsel, **IT IS ORDERED** that the above-captioned proceeding is hereby **DISMISSED WITH PREJUDICE**, without attorney's fees, costs, or disbursements to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY**

Dated: 3/27, 2002

David S. Doty
United States District Judge



FILED 3-29-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD 3-29-02
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

TEP SYSTEMS, LLC,

Plaintiff,

v.

EXPERIAN BUSINESS INFORMATION, SOLUTIONS, INC.,

Defendants.

No. 02-CV-357 DSD/JMM

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

WHEREAS, the above-entitled matter has been fully settled and resolved,

NOW, THEREFORE, it is hereby stipulated and agreed by and between plaintiff TEP Systems, LLC and defendant Experian Information Solutions, Inc. (incorrectly identified as Experian Business Information Solutions, Inc. in the caption), through their attorneys, that the above-entitled matter may be dismissed with prejudice and without cost to any of the parties;

IT IS FURTHER STIPULATED AND AGREED that the Court may enter an Order dismissing the matter with prejudice and without cost to any of the parties, without further notice to any of the parties.

301200- 1

FILED________
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

Dated: March 18, 2002

LOCKRIDGE GRINDAL NAUEN P.L.L.P.

By: [signature]
William A Gengler, #210626
Gregory J. Myers, #0287398
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900

JONES, DAY, REAVIS & POGUE
Amanda DeVincentis
77 West Wacker
Chicago, IL 60601-1692
Telephone: (312) 782-3939

**ATTORNEYS FOR DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.**

Dated: 18 March, 2002

DUCKSON, CARLSON, BASSINGER & MITCHELL, LLC

By: [signature]
Clinton Collins #192685
Christine Middleton, #28810X
2100 Metropolitan Centre
333 South Seventh Street
Minneapolis, MN 55402
(612) 317-9745

**ATTORNEYS FOR PLAINTIFF TEP SYSTEMS, LLC**